**Nelson Lee KEYTON, Jr.,**
**Plaintiff–Appellant,**

v.

**Stanley SLATER, Defendant–Appellee.**

No. 03–6172.

United States Court of Appeals,
Fourth Circuit.

Submitted April 17, 2003.

Decided April 23, 2003.

Nelson Lee Keyton, Jr., Appellant Pro Se.

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Nelson Lee Keyton, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Keyton v.*

*Slater,* No. CA–02–1278 (W.D.Va. Dec. 17, 2002). We deny Keyton's motion or demand for dismissal of his criminal charge. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*